# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jose Lopez-Pizano                                      Cr.: 2:05-cr-00454-JLL-2
                                                                         PACTS #: 42783

Name of Sentencing Judicial Officer: Honorable Jose L. Linares

Date of Original Sentence: August 22, 2006

Original Offense: Conspiracy to Distribute a Controlled Dangerous Substance (Cocaine)

Original Sentence: 60 months imprisonment followed by 4 years supervised release, $100 special assessment and $12,500 fine. Special conditions: 1) Drug testing and treatment; 2) Full financial disclosure; 3) Cooperate with Immigration and Customs Enforcement; 4) No new debt or additional lines of credit; and, 5) DNA collection.

Type of Supervision: Supervised release                    Date Supervision Commenced: 02/02/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On July 30, 2010, the offender traveled to Mexicali, Mexico, without permission from the Court or probation officer. |
| 2. | The offender failed to make monthly fine payments in the amount of $50 as directed by the probation office in the Eastern District of California. Lopez-Pizano has made the following payments: 07/12/08 ($100); 07/12/08 ($25); 03/05/10 ($890.68); and, 08/31/10 ($50). The outstanding fine balance is $11,534.32. |

U.S. Probation Officer Action:

The U.S. Probation Office recommends presentation of this document to the offender as a formal judicial written reprimand. The probation office in the Eastern District of California where the offender resides, recommends no action be taken as Lopez-Pizano has maintained full-time employment, has not committed any new law violations, and is remorseful for his actions. The probation office in the Eastern District of California will continue to closely monitor his progress and report any further noncompliance.

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 09/22/10

***No Response is necessary unless the court directs that additional action be taken as follows:***

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

9/28/10
_____
Date