PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jose Lopez-Pizano

Cr.: 05-00454-002
PACTS #: 42783

Name of Sentencing Judicial Officer: Honorable Jose L. Linares

Date of Original Sentence: August 22, 2006

Original Offense: Conspiracy to Distribute a Controlled Dangerous Substance (Cocaine)

Original Sentence: 60 months imprisonment followed by 4 years supervised release, $100 special assessment and $12,500 fine. Special conditions: 1) Drug testing and treatment; 2) Full financial disclosure; 3) Cooperate with Immigration and Customs Enforcement; 4) No new debt or additional lines of credit; and, 5) DNA collection.

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/02/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | On November 20, 2010, the offender threw a television remote control at his wife causing visible injuries to her left arm. On the same date, Lopez-Pizano was arrested by the Fresno Police Department and charged with Corporal Injury on Spouse, a misdemeanor offense and in violation of the conditions ordering Lopez-Pizano not to commit another federal, state, or local crime during the term of supervision. Lopez-Pizano was released on a $25,000 bail and has appeared to all scheduled proceedings. The case was subsequently dismissed on February 2, 2011, due to insufficient evidence. |

U.S. Probation Officer Action:

The U.S. Probation Office recommends presentation of this document to the offender as a formal judicial written reprimand. The probation office in the Eastern District of California, where the offender resides, recommends no action be taken as Lopez-Pizano has maintained full-time employment, has been consistent in paying his monthly fine, and is remorseful for his actions. He appears eager to attend domestic violence counseling with his wife at the Fresno Family Center. The probation office in the Eastern District of California will continue to closely monitor his progress and report any further noncompliance.

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 03/17/11

PROB 12A - Page 2
Jose Lopez-Pizano

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

3/18/11
_____
Date

Case 2:05-cr-00454-JLL   Document 49   Filed 03/18/11   Page 2 of 2 PageID: 116