PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jose Pizano Lopez                              Cr.: 05-00454-002
                                                                PACTS #: 42783

Name of Sentencing Judicial Officer: Honorable Jose L. Linares, United States District Judge

Date of Original Sentence: 08/22/2006

Original Offense: Conspiracy to Distribute a Controlled Dangerous Substance (Cocaine)

Original Sentence: 60 months imprisonment followed by 4 years supervised release, $100 special assessment and $12,500 fine. Special conditions: 1) Drug testing and treatment; 2) Full financial disclosure; 3) Cooperate with Immigration and Customs Enforcement; 4) No new debt or additional lines of credit; and, 5) DNA collection.

Type of Supervision: Supervised release                Date Supervision Commenced: 02/02/09

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Pizano Lopez's supervised release term is scheduled to expire on February 1, 2013, with an outstanding fine balance of $7,054.06. Although the offender regularly made payments towards the restitution obligation, he was unable to fully satisfy the restitution order prior to the scheduled date of expiration. To date, $5,545.94 has been paid towards the financial obligation. |

U.S. Probation Officer Action:

Pizano Lopez has agreed to continue making payments of at least $50 per month until the restitution is paid in full. Based upon the offender's consistency in making payments towards the fine, we respectfully recommend that Pizano Lopez's term of supervised release be allowed to expire as scheduled, with the stipulation that he continue to make regular payments of at least $50 per month, until the fine is paid in full.

Respectfully submitted,

By:  Adriana Garcia O'Hara
Adriana Garcia O'Hara
2013.01.24 15:40:52
U.S. Probation Officer
Date: 01/24/13

Carolee Ann
Azzarello
2013.01.25
13:57:15 -05'00'

*The Court orders that the following action be taken:*

[ ✓ ] Allow supervision to expire as scheduled
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

1/28/13
_____
Date